UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY WINDOM, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:21-0338 |
| v. | : (JUDGE MANNION) |
| JOHN E. WETZEL, *et al.*, | : |
| Defendants | : |

### ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss Plaintiffs' action for failure to state a claim (Doc. 18) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: March 14, 2022
21-0338-01-Order